### UNITED STATES of America, Plaintiff–Appellee,

v.

### Richard S. FOWLER, Defendant–Appellant.

No. 02–7855.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2003.

Decided May 5, 2003.

Richard S. Fowler, Appellant Pro Se. Odessa Palmer Jackson, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard S. Fowler appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Fowler,* No. CR–94–216 (D.Md. Oct. 22, 2002). We grant the motion to file an addendum to the informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*